**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LYNN WASIKOWSKI,

        **Plaintiff,**                           **CASE NO. 8:18-cv-01229-VMC-CPT**

vs.

CHARTER COMMUNICATIONS, INC.,
d/b/a CHARTER SPECTRUM,

        **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action.  Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2018, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system.

                              Respectfully submitted,

                              /s/ *Jon Dubbeld*_____
                              Jon P. Dubbeld, Esq.
                              Fla. Bar No. 105869
                              Berkowitz & Myer
                              4900 Central Ave
                              St. Petersburg, Florida 33707
                              Telephone:  (727) 344-0123
                              Jon@berkmyer.com